The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN A. ANDERSON, a single individual,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL A. ANDERSON, a single individual; and STATE FARM FIRE AND CASUALTY,<br><br>Defendants. | No.  3:22-cv-05352-DGE<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT RUSSELL ANDERSON<br><br>**NOTE ON MOTION CALENDAR: AUGUST 8, 2022** |

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby stipulate to extend the time for Defendant Russell Anderson (hereinafter "Mr. Anderson") to file an answer or otherwise respond to Plaintiffs' Complaint.

Mr. Anderson accepted service of the Complaint on June 29, 2022. Dkt. # 10. Based on this date of service, Mr. Anderson's responsive pleading would have been due July 20, 2022, however the plaintiffs have agreed to an extension of time to August 23, 2022 to file a responsive pleading. The undersigned parties hereby stipulate that Mr. Anderson can file and serve a

STIPULATED MOTION FOR
EXTENSION OF TIME
TO FILE ANSWER - 1
Case No.  3:22-cv-05352

HELSELL FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM

responsive pleading by August 23, 2022.

DATED: August 8, 2022.

| HELSELL FETTERMAN LLP | T. DAVID APODACA |
|---|---|
| By: /s/ Shawn Q. Butler<br>Shawn Butler, WSBA No. 45731<br>sbutler@helsell.com | By: /s/ T. David Apodaca<br>T. David Apodaca, WSBA No. 20207<br>apodacalawfirm@gmail.com |
| *Attorney for Defendant Russell Anderson* | *Attorney for Plaintiff* |

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Jessica R. Kamish
   Gregory S. Worden, WSBA No. 24262
   Jessica R. Kamish, WSBA No. 48378
   Gregory.worden@lewisbrisbois.com
   Jessica.kamish@lewisbrisbois.com

*Attorneys for Defendant Russell Anderson*

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 22nd day of August, 2022.

David G. Estudillo
United States District Judge

STIPULATED MOTION FOR
EXTENSION OF TIME
TO FILE ANSWER - 2
Case No. 3:22-cv-05352

HELSELL FETTERMAN

Helsell Fetterman LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
206.292.1144   WWW.HELSELL.COM