THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN A. ANDERSON, a single individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RUSSELL A. ANDERSON, a single individual; and,<br>STATE FARM FIRE AND CASUALTY,<br><br>　　　　　Defendants. | NO. 3:22-CV-05352-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 9, 2022 (Same Day Motion)**<br><br>**Without Oral Argument** |

### ORDER OF DISMISSAL

Based on the Stipulated Motion for Dismissal Pursuant to FRCP 41(a)(1)(A) in this matter, IT IS HEREBY ORDERED that all claims in this action shall be dismissed with prejudice. The parties shall each bear their own attorney fees and costs.

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 1
(Case No. 3:22-CV-05352-DGE)

/Anderson v. Anderson et al 22-05352 - Order on Stipulated Motion for Dismissal.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120 FAX (206) 629-2120

DATED this 10th day of November 2022.

_____
David G. Estudillo
United States District Judge

Presented by:

WAKEFIELD & KIRKPATRICK, PLLC

By *s/Scott C. Wakefield*
   Scott C. Wakefield      WSBA #11222
   Attorneys for Defendant State Farm Fire and Casualty Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

APODACA LAW FIRM

By *s/ T. David Apodaca*
   T. David Apodaca    WSBA #20207
   Attorneys for Plaintiff Stephen A. Anderson

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By *s/ Gregory S. Worden*
   Gregory S. Worden    WSBA #24262
   Jessica R. Kamish     WSBA #48378
   Attorneys for Defendant Russell A. Anderson

HELSELL FETTERMAN, LLP

By *s/ Shawn Q. Butler*
   Shawn Q. Butler WSBA #45731
   Phillip A. Chu   WSBA #46014
   Attorneys for Defendant Russell A. Anderson

[PROPOSED] ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 2
(Case No. 3:22-CV-05352-DGE)

/Anderson v. Anderson et al 22-05352 - Order on Stipulated Motion for Dismissal.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120 FAX (206) 629-2120

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9th, 2022, I electronically filed the following document(s):

1. [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 3
(Case No. 3:22-CV-05352-DGE)

/Anderson v. Anderson et al 22-05352 - Order on Stipulated Motion for Dismissal.docx

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120 FAX (206) 629-2120

**Attorneys for Plaintiff:**
T. David Apodaca, Esq
Attorney at Law
9301 Linder Way NW, Suite 201
Silverdale, WA 98383
apodacalawfirm@gmail.com

**Attorneys for Defendant Russell Anderson:**
Gregory S. Worden, Esq
Jessica R. Kamish, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Gregory.worden@lewisbrisbois.com
jessica.kamish@lewisbrisbois.com

Shawn Q. Butler, Esq.
Phillip A. Chu, Esq.
Helsell Fetterman, LLP
1001 Fourth Ave., Suite 4200
Seattle, WA 98154
sbutler@helsell.com
pchu@helsell.com

    *s/ Erica Anderson*
Erica Anderson
WAKEFIELD & KIRKPATRICK, PLLC
17544 Midvale Ave. N., Suite 307
Shoreline, WA 98133
Tel:  206-629-5489
Fax:  206-629-2120
eanderson@wakefieldkirkpatrick.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 4
(Case No. 3:22-CV-05352-DGE)

/Anderson v. Anderson et al 22-05352 - Order on Stipulated Motion for Dismissal.docx

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120 FAX (206) 629-2120